FILED

07/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

    Petitioner and Appellee,

  v.

JAVIER BAUTISTA-SCHEUBER,

    Respondent and Appellant.

FILED

JUL 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until September 1, 2021, within which to file his opening brief.

DATED this 9th day of July, 2021.

For the Court,

_____
Chief Justice